No. 320, Misc.   HILLIARD v. UNITED STATES.   C. C. A. 5th.   Certiorari denied.   Motions for other relief also denied.

No. 690.   MILLER v. UNITED STATES ET AL., *ante*, p. 820. Rehearing denied.

No. 754.   REDDING v. LOS ANGELES ET AL., *ante*, p. 825. Rehearing denied.

No. 306, Misc.   McGOUGH v. UNITED STATES, *ante*, p. 829.   Rehearing denied.

JUNE 21, 1948.

No. 775.   EUBANKS v. THOMPSON, RECEIVER.

*Per Curiam:* The petition for writ of certiorari is granted and the judgment of the Supreme Court of Arkansas is reversed.   See *Myers* v. *Reading Co.*, 331 U. S. 477 (1947) and *Ellis* v. *Union Pacific R. Co.*, 329 U. S. 649 (1947).   *Walter M. Bastian* and *A. K. Shipe* for petitioner.